IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCUS MCADAMS**                                                                                                    **PLAINTIFF**
Reg #30434-76

v.                                            Case No: 2:22-cv-00221-LPR

**C. EDGE,**
*Acting Warden, FCI-Forrest City, Arkansas*                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 15).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Mr. McAdams' Petition for Writ of Habeas Corpus (Doc. 1) is DENIED, and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] It appears that on December 8, 2023, the file-marked copy of the RD sent to Mr. McAdams was returned to the Court as undeliverable.  *See* Doc. 16.  Out of an abundance of caution, the Court will give Mr. McAdams an additional 30 days from the date of this Order to file objections to the RD.  Mr. McAdams must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment.  If he does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.