# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARCUS MCADAMS**  **PLAINTIFF**
Reg #30434-76

v.   Case No: 2:22-cv-00221-LPR

**C. EDGE,**
*Acting Warden, FCI-Forrest City, Arkansas*   **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ADJUDGED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE