UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jul 24, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
         DEP CLERK
```

No: 24-2360

Marcus McAdams

Plaintiff - Appellant

v.

Craig Stalhood, Acting Warden, FCI-Forrest City, Arkansas

Defendant - Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:22-cv-00221-LPR)

**JUDGMENT**

Before ERICKSON, STRAS, and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 24, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

    /s/ Susan E. Bindler